1  DORSEY & WHITNEY LLP
   Diane J. Mason (SBN 168202)
2  Four Embarcadero Center, Suite 3400
   San Francisco, CA 94111-4187
3  Telephone: (415) 781-1989

4  DORSEY & WHITNEY LLP
   Brian C. Park (Admitted *pro hac vice*)
   Jason Rhodes (Admitted *pro hac vice*)
5  1420 Fifth Avenue, Suite 3400
   Seattle, WA 98101
6  Telephone: (206) 903-8800

7  Attorneys for Plaintiff Sonista, Inc.

8

9          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10               SAN JOSE DIVISION

11                                              *E-FILED - 6/7/05*

12  SONISTA, INC., a California corporation,    )
                                                )   No. C-04-4080 RMW
13                       Plaintiff,             )
                                                )   The Honorable Ronald M. Whyte
14          v.                                  )
                                                )   [XXXXXXXX] JOINT STIPULATED
15  DAVID HSIEH, an individual,                 )   AMENDMENT TO THE
    TECHPAC, INC., a California corporation,    )   CASE SCHEDULING ORDER
16  and PIXA, INC., a California corporation,   )
                                                )
17                       Defendant.             )
                                                )

18

19      The parties hereby stipulate to the following amendments to the pre-trial schedule set

20  forth in the Court's February 28, 2005 *Case Management Order*.  These amendments do not

21  change the scheduled November 7, 2005 trial date:

22  | August 19, 2005    | Fact discovery cut-off        |
    | ------------------ | ----------------------------- |
23  | August 19, 2005    | Expert Disclosure             |
24  | September 2, 2005  | Expert Reports due            |
25  | September 9, 2005  | Supplemental Expert Disclosure |

26

                              — 1 —

| | |
|---|---|
| September 30, 2005 | Supplemental Expert Reports due |
| October 14, 2005 | Expert Discovery Cut-off |

The parties hereby agree and stipulate to the foregoing by and through counsel.

Respectfully submitted,

DORSEY & WHITNEY LLP                                POPELKA ALLARD, P.C.

Brian C. Park (Admitted *pro hac vice*)             John F. McIntyre, Jr. SBN 172128
1420 Fifth Avenue, Suite 3400                       160 W. Santa Clara Street, 12th Floor
Seattle, WA  98101                                  San Jose, CA  95113-1733
Telephone:  (206) 903-8800                          Telephone:  (408) 298-6611
Facsimile :  (206) 903-8820                         Facsimile:  (408) 275-0814

Attorneys for Plaintiff Sonista, Inc.               Attorneys for Defendants

## ORDER

IT IS SO ORDERED this __7__ day of _____JUNE_____, 2005.


/S/ RONALD M. WHYTE
_____
THE HONORABLE RONALD M. WHYTE
United States District Judge

— 2 —

[PROPOSED] JOINT STIPULATED AMENDMENT TO THE SCHEDULING ORDER