# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 8/31/05*

| | |
|---|---|
| SONISTA, INC., a California corporation, | No. C 04 4080 RMW |
| Plaintiff, | [PROPOSED] SECOND JOINT STIPULATED AMENDMENT TO THE CASE SCHEDULING ORDER |
| v. | |
| DAVID HSIEH, an individual, TECHPAC, INC., a California corporation; and PIXA, INC., a California corporation, | |
| Defendants. | |

POPELKA • ALLARD, A P.C.
160 W. Santa Clara St., 12ᵗʰ Flr.
San Jose, CA 95113-1733
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

AUG-22-2005 15:29  Popelka Allard  408 275 0814+2  P.02
08/22/2005 14:22 FAX 206 903 8820 DORSEY WHITNEY  408 275 0814  P.02/02
Case 5:04-cv-04080-RMW  Document 82  Filed 08/31/05  Page 2 of 2  @002
08/19/2005 15:25 IFAX fax.central.se@dorsey.com → Fax  @004/004
AUG-19-2005 15:22  Popelka Allard  408 275 0814  P.04/04

1  The parties hereby stipulate to the following amendments to the pretrial schedule set forth
2  in the Court's February 28, 2005 Case Management Order and the first amendment thereto, dated
3  June 7, 2005. These amendments do not change the scheduled November 7, 2005 trial date:
4     September 8, 2005   Last day to file dispositive motions
5     October 14, 2005   Last day to hear dispositive motions
6
7  The parties hereby agree and stipulate to the foregoing by and through counsel.
8
9                                                Respectfully submitted,
10 Dated: August 19, 2005        POPELKA ALLARD, A P.C.
11
12                                                 By
13                                                 JOHN F. McINTYRE, JR.
                                                Attorneys for Defendants, DAVID HSIEH,
14                                                 TECHPAC, INC., and PIXA, INC.
15 Dated: August 22, 2005
16                                                 DORSEY & WHITNEY, LLP
                                                1420 Fifth Avenue, Suite 3400
                                                Seattle, WA 98101
17
18                                                 By
19                                                 BRIAN C. PARK (Admitted *pro hac vice*)
20
21                                                 **ORDER**
22    IT IS SO ORDERED, this __31__ day of August, 2005.
23
24
25
26                                                 THE HONORABLE RONALD M. WHYTE
27                                                 United States District Court Judge
28

*APPROVED — Judge Ronald M. Whyte* (seal: United States District Court, Northern District of California)

POPELKA ALLARD, a P.C.
160 W. Santa Clara St., 12th Flr.
San Jose, CA 95113-1733
(408) 293-6611 Telephone
(408) 275-0814 Facsimile

[PROPOSED] SECOND JOINT STIPULATED
AMENDMENT TO THE CASE SCHEDULING ORDER         Case No. C 04 4080 RMW

2