THE HONORABLE RONALD M. WHYTE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

*E-FILED - 11/30/05*

SONISTA, INC., a California corporation,

Plaintiff,

v.

DAVID HSIEH, an individual, TECHPAC, INC., a California corporation, and PIXA, INC., a California corporation,

Defendants.

No. C04-4080 RMW

**[PROPOSED]** XXXXXXXX
**JOINT STIPULATED AMENDMENT TO THE CASE SCHEDULING ORDER**

Plaintiff Sonista, Inc. and defendants David Hsieh, Pixa, Inc., and Techpac, Inc. (collectively, "the Parties") hereby jointly move the Court to amend the Court's Case Management Order.

The current trial scheduled to begin on January 9, 2006 poses significant scheduling conflicts for counsel. Possible alternative dates in January and February 2006 also pose scheduling conflicts for the Parties and counsel due to pre-existing commitments in the United States and Taiwan.

Wherefore, the Parties respectfully request that the Court amend the schedule as follows.

| | |
|---|---|
| Jury Trial begins | March 13, 2006 |
| Final Pretrial Conference | March 2, 2006 @ 2:00 p.m. To be set by the Court accordingly XXXXXXXXXXXXXXXXXXXXXXXXXX |
| Motion to Compel Deadline | December 21, 2005 |

The parties hereby agree and stipulate to the foregoing by and through counsel.

Respectfully submitted,

DATED: October ___, 2005

Brian C. Park (Admitted *Pro Hac Vice*)
Douglas F. Stewart (Admitted *Pro Hac Vice*)
DORSEY & WHITNEY LLP
1420 Fifth Avenue, Suite 3400
Seattle, Washington 98101

DATED: October 20, 2005

John F. McIntyre, Jr.
POPELKA ALLARD, P.C.
160 W. Santa Clara Street, 12th Floor
San Jose, CA 95113-1733

DATED: October ___, 2005

Todd A. Roberts
Dean Pappas
Chi-Hung A. Chan
ROPERS MAJESKI KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063

**ORDER**

IT IS SO ORDERED, this ____ day of October, 2005.

THE HONORABLE RONALD M. WHYTE
United States District Judge

The parties hereby agree and stipulate to the foregoing by and through counsel.

Respectfully submitted,

DATED: October 20, 2005

Brian C. Park (Admitted *Pro Hac Vice*)
Douglas F. Stewart (Admitted *Pro Hac Vice*)
DORSEY & WHITNEY LLP
1420 Fifth Avenue, Suite 3400
Seattle, Washington 98101

DATED: October ___, 2005

John F. McIntyre, Jr.
POPELKA ALLARD, P.C.
160 W. Santa Clara Street, 12th Floor
San Jose, CA 95113-1733

DATED: October 20, 2005

Todd A. Roberts
Dean Pappas
Chi-Hung A. Chan
ROPERS MAJESKI KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063

**ORDER**

IT IS SO ORDERED, this 30 day of ~~October~~ November, 2005.

No further continuance.

/s/ Ronald M. Whyte

THE HONORABLE RONALD M. WHYTE
United States District Judge