**E-FILED on**   1/12/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SONISTA, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID HSIEH, TECHPAC, INC., and PIXA, INC., <br><br> Defendants. | No. C-04-04080 RMW <br><br> ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL <br><br> **[Re Docket No. 130]** |

    The motion of John F. McIntyre, Jr., to withdraw as counsel for Techpac, Inc., was submitted on December 2, 2005. The court has read the moving papers. No opposition was filed. The court is satisfied that proper notice of the motion was given pursuant to Civil L.R. 11-5. Plaintiff's counsel's motion to withdraw is granted.

    **Defendant Techpac, Inc., is hereby informed that failure to take appropriate action may result in serious legal consequences and that it should consider seeking legal assistance.** Defendant Techpac, Inc., is further informed that (1) it may participate in the action only through an attorney; (2) it retains all the obligations of a litigant; and (3) failure to appoint an attorney may lead to an order striking its pleadings or entry of its default.

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL—No. C-04-04080 RMW
JAH

1      As of the date of this order the addresses for service on defendant Techpac, Inc., is:

         Techpac, Inc.
         407 Maxwell Court
         San Ramon, California 94582

DATED:    1/12/06                /s/ Ronald M. Whyte
                                        RONALD M. WHYTE
                                          United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Diane J. Mason | mason.diane@dorsey.com |
| David J. Brezner | brezner.david@dorsey.com |
| Douglas F. Stewart | stewart.douglas@dorsey.com |
| Peter Ehrlichman | Ehrlichman.Peter@dorsey.com |
| Brian W. Grimm | |
| Brian C. Park | |
| Jason Rhodes | rhodes.jason@dorsey.com |
| Steven D. Allison | |

**Counsel for Defendants:**

| | |
|---|---|
| John McIntyre, Jr. | jmcintyre@popelka.com |
| Todd A. Roberts | troberts@ropers.com |
| Chi-Hung A. Chan | golawyer@attygo.com |
| Dean A. Pappas | dpappas@ropers.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**A copy was also mailed to:**

Techpac, Inc.
407 Maxwell Court
San Ramon, California 94582

**Dated:**   1/12/06        /s/ JH
                            **Chambers of Judge Whyte**