DORSEY & WHITNEY LLP
Brian C. Park (Admitted *pro hac vice*)
Jason Rhodes (Admitted *pro hac vice*)
Douglas F. Stewart (Admitted *pro hac vice*)
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101
Telephone: (206) 903-8800

Attorneys for Plaintiff Sonista, Inc.


POPELKA LAW GROUP, P.C.
John F. McIntyre, Jr. SBN 172128
160 W. Santa Clara Street, 12th Floor
San Jose, CA 95113-1733
Telephone: (408) 298-6611
Facsimile: (408) 275-0814

Attorneys for Defendant Pixa, Inc.


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*E-FILED - 3/21/06*

| | |
|---|---|
| SONISTA, INC., a California corporation,      Plaintiff, v. DAVID HSIEH, an individual, TECHPAC, INC., a California corporation, and PIXA, INC., a California corporation,      Defendants. | No. C-04-4080 RMW  The Honorable Ronald M. Whyte  [PROPOSED] JOINT STIPULATED JUDGMENT REGARDING TRADEMARK VALIDITY, ENFORCEABILITY, OWNERSHIP, AND INJUNCTION |

Pursuant to the terms of a confidential Settlement Agreement and Release (incorporated herein by reference), Plaintiff Sonista, Inc. and Defendant Pixa, Inc. hereby respectfully stipulate as follows. All trademarks subject to the Complaint filed in this action and referenced and defined in the confidential Settlement Agreement and Release, together with the goodwill associated therewith and symbolized thereby, are valid, enforceable, and owned exclusively by Sonista, Inc.

1

Sonista and Pixa further stipulate that the Court's December 17, 2004 *Preliminary Injunction* be permanent such that Pixa (as well as their officers, directors, agents, servants, employees, licensees, distributors, attorneys, affiliates, successors, assigns, and all persons or entities acting or attempting to act in concert or participation with any of them) are permanently enjoined from advertising, marketing, promoting, or using in any way Sonista's "DVONE" Trademarks (as defined in the *Complaint* and *Preliminary Injunction*) or any designation or variation similar to the "DVONE" Trademarks or likely to cause confusion or mistake regarding the "DVONE" Trademarks and renounce all rights thereto.

The parties hereby agree and stipulate to the foregoing by and through counsel and further agree that the Court retains jurisdiction over this case to enforce this Stipulation, the Permanent Injunction, and the Settlement Agreement between the parties.

Respectfully submitted,

DORSEY & WHITNEY LLP

_____
Brian C. Park  (Admitted *pro hac vice*)
Jason Rhodes  (Admitted *pro hac vice*)
Douglas F. Stewart  (Admitted *pro hac vice*)
1420 Fifth Avenue, Suite 3400
Seattle, WA  98101
Telephone:  (206) 903-8800
Facsimile:   (206) 903-8820

Attorneys for Plaintiff Sonista, Inc.

POPELKA LAW GROUP, P.C.

_____
John F. McIntyre, Jr. SBN 172128
160 W. Santa Clara Street, 12th Floor
San Jose, CA  95113-1733
Telephone:  (408) 298-6611
Facsimile:   (408) 275-0814

Attorneys for Defendant Pixa, Inc.

Sonista and Pixa further stipulate that the Court's December 17, 2004 *Preliminary Injunction* be permanent such that Pixa (as well as their officers, directors, agents, servants, employees, licensees, distributors, attorneys, affiliates, successors, assigns, and all persons or entities acting or attempting to act in concert or participation with any of them) are permanently enjoined from advertising, marketing, promoting, or using in any way Sonista's "DVONE" Trademarks (as defined in the *Complaint* and *Preliminary Injunction*) or any designation or variation similar to the "DVONE" Trademarks or likely to cause confusion or mistake regarding the "DVONE" Trademarks and renounce all rights thereto.

The parties hereby agree and stipulate to the foregoing by and through counsel and further agree that the Court retains jurisdiction over this case to enforce this Stipulation, the Permanent Injunction, and the Settlement Agreement between the parties.

Respectfully submitted,

DORSEY & WHITNEY LLP                                   POPELKA LAW GROUP, P.C.

_____                     _____
Brian C. Park  (Admitted *pro hac vice*)              John F. McIntyre, Jr. SBN 172128
Jason Rhodes  (Admitted *pro hac vice*)               160 W. Santa Clara Street, 12th Floor
Douglas F. Stewart  (Admitted *pro hac vice*)         San Jose, CA  95113-1733
1420 Fifth Avenue, Suite 3400                         Telephone:  (408) 298-6611
Seattle, WA  98101                                    Facsimile:  (408) 275-0814
Telephone:  (206) 903-8800
Facsimile:  (206) 903-8820                            Attorneys for Defendant Pixa, Inc.

Attorneys for Plaintiff Sonista, Inc.

## **ORDER**

IT IS SO ORDERED this _17_ day of _March_____, 2006.

                                          /s/ Ronald M. Whyte
                                   THE HONORABLE RONALD M. WHYTE
                                   United States District Judge