1

2

3

4

*E-FILED - 4/6/06\**

5

6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8          SAN JOSE DIVISION

9

10

SONISTA, INC.,                          Case No. C-04-04080 RMW

11

        Plaintiff,

12                                       ORDER GRANTING REQUEST FOR
                                         DISMISSAL WITH PREJUDICE OF
      v.                                 REMAINING CLAIMS
13

DAVID HSIEH, TECHPAC, INC., and PIXA,   **[Re Docket No. 145]**
14   INC.,

15        Defendants.

16

17

18        Plaintiff Sonista, Inc. requests dismissal of all remaining claims in this action with prejudice

19   because the court recently approved a pair of stipulated judgments involving all defendants in this

20   action.  Pursuant to Federal Rule of Civil Procedure 41(a)(2), those claims are dismissed with

21   prejudice.

22

23   DATED:    3/31/06

                                         RONALD M. WHYTE
24                                       United States District Judge

25

26

27

28

1 **Notice of this document has been electronically sent to:**

2 **Counsel for Plaintiff:**

3 Diane J. Mason          mason.diane@dorsey.com
  David J. Brezner        brezner.david@dorsey.com
4 Douglas F. Stewart      stewart.douglas@dorsey.com
  Peter Ehrlichman        Ehrlichman.Peter@dorsey.com
5 Brian W. Grimm
  Brian C. Park
6 Jason Rhodes            rhodes.jason@dorsey.com
  Steven D. Allison

7 **Counsel for Defendants:**

8
  John McIntyre, Jr.      jmcintyre@popelka.com
9 Todd A. Roberts         troberts@ropers.com
  Chi-Hung A. Chan        golawyer@attygo.com
10 Dean A. Pappas         dpappas@ropers.com

11 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

12
  **A copy was also mailed to:**

13
  Techpac, Inc.
14 407 Maxwell Court
  San Ramon, California 94582

15

16
  **Dated:**      4/6/06                                       /s/ JG
17                                                      **Chambers of Judge Whyte**

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING REQUEST FOR DISMISSAL WITH PREJUDICE OF REMAINING CLAIMS—Case No. C-04-04080 RMW
JAH                                                    2